**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                              Case No. 04-CR20172-Ma

DANIEL WALLACE MCLENNAN

    Defendant.

FILED BY _____ D.C.

05 MAY 16  AM 9: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

## ORDER REFUNDING CASH APPEARANCE BOND

---

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $1,000.00, payable to Brenda Mclennan at 1086 Peabody # 23 Memphis TN 38106 in full refund of the cash appearance bond posted herein.

_____

SAMUEL H MAYS, JR.
United States District Judge

Approved.
Robert R. Di Trolio, Clerk of Court

BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___5-16-05___

74

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:04-CR-20172 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT